AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Christopher Eaddy | ) | Case No: 4:10-cr-00604-TLW |
| | ) | USM No: 20793-171 |
| Date of Original Judgment: 04/26/2011 | ) | |
| Date of Previous Amended Judgment: 06/05/2014 | ) | Mark C. McLawhorn |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court concludes that Defendant is eligible for relief under Amendment 782. However, in exercising its discretion under § 3582(c)(2), the Court concludes that his sentence should not be reduced. This conclusion is based on a consideration of relevant caselaw and the factors set forth in Application Note 1(B) of § 1B1.10 (including the § 3553(a) factors), including his prison disciplinary history and public safety considerations based on his extensive, violent criminal history as detailed in the Presentence Investigation Report. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000).

Except as otherwise provided, all provisions of the judgment dated 06/05/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/23/2015              s/ Terry L. Wooten
                                    *Judge's signature*

Effective Date: _____             Terry L. Wooten, Chief United States District Judge
*(if different from order date)*     *Printed name and title*